**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| The Resolution Trust Corporation, as Receiver for Lincoln Savings and Loan Association, F.A., ) ) ) ) | |
| Plaintiff, ) ) | No. CV-92-1671-PHX-PGR |
| vs. ) ) | ORDER |
| Alfred and Cheryl Bowen, et al., ) ) | |
| Defendants. ) ) | |

Pursuant to the pre-hearing conference held on February 12, 2007,

IT IS ORDERED that the Cadle Company's Motion to Continue Evidentiary Hearing and Related Deadlines (doc. #73) is granted to the extent that the evidentiary hearing set for March 6, 2007 is vacated, to be reset at a later date.

IT IS FURTHER ORDERED that the parties, after the personal consultation of their counsel, shall file a joint report no later than **March 12, 2007** that sets forth any remaining discovery issues related to attorney-client privilege, work product, or other confidential information.

IT IS FURTHER ORDERED that the Cadle Company shall file its initial report

1 regarding the status of its discovery request to the FDIC no later **March 30, 2007**,
2 and shall file supplemental status reports every **14 days** thereafter until such time
3 as the FDIC records are received, and shall file a notice of receipt of the FDIC
4 records within two business days of their receipt.

5     IT IS FURTHER ORDERED that the parties, after the personal consultation
6 of their counsel, shall file a joint proposed scheduling plan no later than **21 days**
7 after the Cadle Company has confirmed receipt of the FDIC records. The proposed
8 plan shall include whether the parties agree to the bifurcation of the evidentiary
9 hearing, what remains to be done before the evidentiary hearing can be held and a
10 proposed schedule for completing those matters, an estimated length for each
11 segment of the evidentiary hearing, the status of any settlement negotiations, and
12 any other matters that the parties believe that the Court should be informed about
13 before it issues a scheduling order.[1]

14     DATED this 13th day of February, 2007.

_____
Paul G. Rosenblatt
United States District Judge

---

[1] The Court's scheduling order will include deadlines for further briefing on such legal and factual issues as the Court deems necessary after its review of the parties' proposed scheduling plan, and for the filing of an amended statement of witnesses and exhibits for the evidentiary hearing.