**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Resolution Trust Corporation,<br><br>        Plaintiff,<br>    vs.<br>Alfred and Cheryl Bowen, et al.,<br><br>        Defendants. | No. CV-92-1671-PHX-PGR<br><br>ORDER |

Defendant Alfred Bowen having filed a supplemental memorandum of points and authorities without the Court's permission, and the memorandum in any case not being useful to the Court as it does not mention the Ninth Circuit case relevant to the issue of the burden of proof applicable to the service of process question in this action, *i.e.* S.E.C. v. Internet Solutions for Business Inc., 509 F.3d 1161 (9th Cir. 2007), the Court will strike the defendant's memorandum. Therefore,

IT IS ORDERED that Defendant, Alfred Bowen's, Brief re: Burden of Proof Once Service is Disputed (doc. #114) is stricken from the record.

DATED this 23rd day of April, 2008.

Paul G. Rosenblatt
United States District Judge