**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Resolution Trust Corporation, as Receiver for Lincoln Savings and Loan Association, F.A.,<br><br>            Plaintiff,<br><br>vs.<br><br>Alfred and Cheryl Bowen, et al.,<br><br>            Defendants. | No. CV-92-1671-PHX-PGR<br><br><u>ORDER</u> |

Having considered the parties' memoranda filed in connection with the Cadle Company's Motion to Continue Hearing Set for June 24, 2008 and Prehearing Deadlines (doc. #121), the Court concludes that it does not have the information before it at this time necessary to determine whether the evidentiary hearing concerning the satisfaction of judgment issue needs to be continued so that the Cadle Company can pursue further discovery.  The Court will therefore delay any decision on continuing the hearing until after the parties have filed their

- 1 -

Joint List of Witnesses and Exhibits and their respective hearing briefs on June 9, 2008, and the Court can hear the supplemental arguments of counsel based on the information provided in those documents.   Therefore,

IT IS ORDERED that the Cadle Company's Motion for Expedited Hearing or Ruling on Motion to Continue Hearing Set for June 24, 2008 and Prehearing Deadlines (doc. #122) is granted solely to the extent that a hearing shall be held on **Monday, June 16, 2008, at 1:30 p.m.** in Courtroom 601 regarding the Cadle Company's request to continue the evidentiary hearing set for June 24, 2008.

IT IS FURTHER ORDERED that the Cadle Company's Motion to Continue Hearing Set for June 24, 2008 and Prehearing Deadlines (doc. #121) is deferred as to the request to continue the evidentiary hearing and is denied as to the request to continue the prehearing deadlines.

DATED this 28th day of May, 2008.

Paul G. Rosenblatt
United States District Judge

- 2 -